# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 21, 2018

## NO. 03-17-00338-CV

**Mike Morath, Commissioner of Education; The Texas Education Agency; and The Texas State Board of Education, Appellants**

**v.**

**La Feria ISD; Joaquin ISD; and The Equity Center, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND TOTH
VACATED IN PART; REVERSED AND RENDERED IN PART—
OPINION BY JUSTICE TOTH**

This is an appeal from the interlocutory orders signed by the district court on May 19, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory orders. Therefore, the Court reverses the district court's order overruling the plea to the jurisdiction, vacates its injunction order, and renders judgment dismissing the cause. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.